CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01320−JMR−FLN

Hoesel v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Chief Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Norbert Hoesel** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 4−23789), filed by Norbert Hoesel. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam) (Entered: 05/14/2008) |
| 05/14/2008 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc.. (jam) (Entered: 05/14/2008) |
| 05/15/2008 | 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing, Defense Counsel (ckp.filings@crbard.com), C.R. Bard, Inc., 730 Central Avenue, Murray Hill, NJ 07974 on 5/15/2008 by Norbert Hoesel. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 05/15/2008) |
| 06/10/2008 | 3 | WAIVER OF SERVICE Returned Executed filed by Norbert Hoesel. Davol, Inc. waiver sent on 5/15/2008, answer due 7/14/2008; C. R. Bard, Inc. waiver sent on 5/15/2008, answer due 7/14/2008. (Johnson, Charles) (Entered: 06/10/2008) |
| 06/10/2008 | 4 | CERTIFICATE OF SERVICE by Norbert Hoesel re 3 Waiver of Service Executed (Johnson, Charles) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/20/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−21), transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (jam) (Entered: 06/25/2008) |